### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS<br><br>        Plaintiff,<br><br>vs.<br><br>P.C. RICHARD & SON, LLC,<br><br>        Defendant. | Civil Action No. 2:22-CV-399 |

### JOINT STATUS REPORT AND CONSENT MOTION FOR EXTENSION OF RESPONSE DEADLINE

AND NOW, come the Parties, Defendant P.C. Richard & Son, LLC, by and through its undersigned counsel, and Plaintiff Blair Douglass, by and through his undersigned counsel, and consistent with the Notice of Settlement (CM/ECF Doc. No. 13) and Order granting Motion for Extension of Time to Answer (CM/ECF Doc. No. 21) provide the following status report:

  1. In June of this year, the parties reached an agreement in principle to settle the above-captioned case on a class action basis.  A Notice of Settlement was filed with this Court on June 3, 2022.  CM/ECF Doc. No. 13.

  2. Since reaching this agreement, the parties have worked together to finalize and memorialize the terms of their class action settlement so that preliminary approval of the settlement can be sought from this Court.

  3. The parties have exchanged multiple draft Settlement Agreements, discussed requested revisions, and are in the process of finalizing the Settlement Agreement.

  4. Consistent with the Notice of Settlement, the parties filed status reports regarding the progress of the written Settlement Agreement.  A Joint Status Report was filed on July 18, 2022, a Consent Motion for Extension of Time to File Response was filed on August 17, 2022,

September 15, 2022, October 17, 2022 and November 17, 2022.  CM/ECF Doc. No. 16, CM/ECF Doc. No. 18, CM/ECF Doc. No. 19, CM/ECF Doc. 22, CM/ECF Doc. 25, respectively.

5. In June of this year, the parties reached an agreement in principle to settle the above-captioned case on a class action basis.  A Notice of Settlement was filed with this Court on June 3, 2022.  CM/ECF Doc. No. 13.

6. The parties continue to work on the draft Settlement Agreement.

7. Plaintiff is prepared to file the motion for preliminary approval immediately following the execution by all parties of the Settlement Agreement.

8. The Parties request an additional 14 days to December 16, 2022, to finalize the Settlement Agreement.

9. If additional time is necessary after 14 days, the Parties will request a status conference to discuss the status of the Settlement Agreement with the Court.  In the alternative, if the Court requests, the Parties will make themselves available for a telephonic status conference with the Court.

10. Furthermore, Plaintiff consents to extending the deadline for Defendant to respond to the Plaintiff's Complaint by an additional 14 days.

11. Good cause exists as to this requested extension.  The parties have reached an agreement in principle to resolve this matter, and the requested extension will conserve the resources of the parties and Court while the parties take the steps necessary to finalize this agreement.

WHEREFORE, the parties respectfully submit this Joint Status report and request that this Court allow the parties until December 16, 2022 to seek preliminary approval of the parties' class

action settlement agreement and enter an Order extending P.C. Richard & Son's deadline to respond to Plaintiff's Complaint until December 16, 2022.

Dated December 2, 2022

                              Respectfully submitted,

                              */s/ John J. Berry*
                              John J. Berry, Esquire Pa. I.D. No. 313481
                              DINSMORE & SHOHL, LLP
                              Firm I.D. # 732
                              1300 Six PPG Place
                              Pittsburgh, PA 15222
                              Telephone: (412) 288-5854
                              Facsimile: (412) 281-5055

                              **Counsel for P.C. Richard & Son, LLC**

Agreed to and Stipulated by

*/s/ Kevin Tucker, Esq.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report and Consent Motion for Extension of Response Deadline was served via email and the Court's CM/ECF filing system on the 2nd day of December, 2022 upon the following:

Kevin Tucker, Esq.
East End Trial Group LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com

/s/ John J. Berry

John J. Berry

4