UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>P.C. RICHARD & SON, LLC,<br><br>Defendant. | Civil Action No. 2:22-cv-00399-MPK |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE
SETTLEMENT CLASS AND FOR FINAL APPROVAL OF THE
CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff Blair Douglass, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby moves for entry of an Order granting final approval of the parties' Class Action Settlement Agreement. (Doc. 31-1.)

1. In support, Plaintiff submits the accompanying Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement.

2. Plaintiff respectfully requests that the Court approve the settlement as fair, reasonable, and adequate and enter the Final Approval Order in the form accompanying this motion.

3. Defendant does not oppose the relief sought in this Motion.

| | |
|---|---|
| Dated: June 6, 2023 | */s/ Stephanie Moore* |
| | Kevin Tucker (He/Him) (PA 312144)<br>Kevin J. Abramowicz (PA 320659)<br>Chandler Steiger (She/Her) (PA328891)<br>Stephanie Moore (She/Her) (PA 329447)<br>**EAST END TRIAL GROUP LLC**<br>6901 Lynn Way, Suite 215<br>Pittsburgh, PA 15208 |

Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff and Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 6, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to all counsel of record.

Dated: June 6, 2023

                                                */s/ Stephanie Moore*
                                                Stephanie Moore