# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS, on behalf of himself and all others similarly situated,

          Plaintiff,

v.

P.C. RICHARD & SON, LLC,

          Defendant.

Case No.: 2:22-CV-399-MPK

**DECLARATION OF CATHY WINTER**

CATHY WINTER, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I am the Chief Financial Officer for defendant P.C. Richard & Son, LLC ("P.C. Richard") and have been employed by P.C. Richard since 2001.

2.    I have personal knowledge of the facts set forth herein, except as to any matters stated on information and belief. As to those, I am informed they are true and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3.    I make this declaration pursuant to the Court's Order Granting Plaintiff's Motion to Certify Class for Settlement Purposes and For Preliminary Approval of Class Action Settlement (ECF No. 46). When I use defined terms below, I intend for them to have the same meanings the parties gave to them in their Settlement Agreement.

4.    As I previously stated in my Declaration dated May 10, 2023, which was filed with the Court on May 12, 2023 (ECF No. 48), as of April 6, 2023, P.C. Richard had completed the following:

(a)    Added dates to the placeholders in the Long-Form Notice accompanying the Settlement Agreement as Exhibit 1.

(b)      Ensured that the Settlement Website was live and accessible over the internet.  The Settlement Website is accessible; it tracks the number of visitors to the Settlement Website; and it will remain published for at least 60 days after the date the Court grants final approval of the Settlement Agreement.

(c)      Caused the Long-Form Notice to be published, and made the following documents filed in the Lawsuit available for download, on the Settlement Website:  the class action complaint, motion for preliminary approval of class action settlement and all supporting documents, and the Court's orders concerning preliminary approval as well as any supporting memorandum.  The documents identified in this Section are fully accessible by individuals who use Appropriate Auxiliary Aids and Services.

(d)      Displayed a link to the Settlement Website at the beginning of the P.C. Richard Website.  Ensured that the link directs individuals who are Blind and/or who have a Visual Disability to the Settlement Website, which is accessible.  The link includes alternative text which reads "Click to view our ADA class action settlement notice."  P.C. Richard will ensure that this link remains published for at least 180 days after the date the Court grants final approval of the Settlement Agreement.

(e)      Caused a post in the form set forth below to be published on the following social media accounts:    https://www.facebook.com/Pcrichardandson,    https://www.instagram.com/, pcrichardandson/, and https://twitter.com/PCRichardandSon.  These posts are fully accessible to individuals who use Appropriate Auxiliary Aids and Services.  P.C. Richard will ensure that these posts remain published during the Agreement Term.

> Visit  https://www.PCRichardADAsettlement.com  to  learn  more  about  P.C. Richard's agreement to make its online store accessible to individuals who are Blind and/or who have a Visual Disability.  Have questions?  Contact East End Trial Group at https://eastendtrialgroup.com.

(f)    Caused an accessible in-app notice in the form set forth below to be published via P.C. Richard's Mobile Applications. This notice is fully accessible to individuals who use Appropriate Auxiliary Aids and Services and shall appear at least once to any user who accesses P.C. Richard's Mobile Applications during the Agreement Term.

> Visit https://www.PCRichardADAsettlement.com to learn more about P.C. Richard's agreement to make its online store accessible to individuals who are Blind and/or who have a Visual Disability. Have questions? Contact East End Trial Group at https://eastendtrialgroup.com.

(g)    Published a blog post on the Website in the form of the Long-Form Notice as Exhibit 1 to the Settlement Agreement. This post is fully accessible to individuals who use Appropriate Auxiliary Aids and Services and it will be maintained on the Website during the Agreement Term.

(h)    Caused an email in the form set forth below to subscribers of P.C. Richard's newsletter. The email's subject line reads: "Our agreement to make P.C. Richard's store accessible to individuals who are blind and/or who have a visual disability". P.C. Richard shall ensure this email is fully accessible to individuals who use Appropriate Auxiliary Aids and Services.

> A proposed settlement has been reached that would resolve the class action lawsuit *Douglass v. P.C. Richard & Son, LLC*, Case No. 2:22-cv-399 (W.D. Pa.). The lawsuit alleges that P.C. Richard violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*, by failing to take the necessary steps to ensure its website and mobile apps do not discriminate against individuals who are Blind and/or who have a Visual Disability. Under the settlement, P.C. Richard agrees to make its website, mobile apps, and any new website or mobile app it develops or acquires accessible to individuals who are Blind and/or who have a Visual Disability. For a more complete summary of the terms of the proposed settlement, please visit https://www.PCRichardADAsettlement.com. Have questions? Contact East End Trial Group at https://eastendtrialgroup.com.

(i)    The documents identified in the previous paragraphs are fully accessible by individuals who use Appropriate Auxiliary Aids and Services.

5.    All of the foregoing obligations have been discharged.

6.      As of June 22, 2023, there have been 252 visitors to the Settlement Website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  June 22, 2023

_Cathy Winter_, VP & CFO
Cathy Winter

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via the Court's

CM/ECF System this 22nd day of June, 2023, upon all counsel of record.


<u>/s/ John J. Berry</u>
John J. Berry, Esq.

DINSMORE & SHOHL, LLP
1300 Six PPG Place
Pittsburgh, PA 15222
Telephone: (412) 288-5854
Facsimile: (412) 281-5055
*Counsel for P.C. Richard & Son, LLC*