UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>P.C. RICHARD & SON, LLC,<br><br>Defendant. | Civil Action No. 2:22-cv-00399-MPK<br><br>RE: ECF No. 51 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND INCENTIVE AWARD

Pending before the Court is Plaintiff's Unopposed Motion for Attorneys' Fees and Incentive Award. On June 27, 2023, the Court certified the following Settlement Class:[1]

> [A] national class of individuals who are Blind and/or who have a Visual Disability and who use Appropriate Auxiliary Aids and Services to navigate digital content and who have accessed, attempted to access, or been deterred from attempting to access, or who will access, attempt to access, or be deterred from attempting to access, [https://www.pcrichard.com/] from the United States.

ECF No. 55. The Court also granted final approval to the proposed class action settlement set forth in the Agreement. *Id.*

Having considered the pending motion and all accompanying papers, the relevant legal authority, and the Agreement, the Court **GRANTS** Plaintiff's Unopposed Motion for Attorneys' Fees and Incentive Award as set forth below.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings set forth in the Agreement, which is available at Doc. 31-1.

1. The hourly rate of $600 for work performed in 2022 and 2023 by attorneys Kevin Tucker and Kevin Abramowicz is approved as fair and reasonable.

2. The hourly rate of $400 for work performed in 2022 and the hourly rate of $425 for work performed in 2023 by attorneys Stephanie Moore and Chandler Steiger is approved as fair and reasonable for this specific case.

3. Pursuant to Fed. R. Civ. P. 23, the Court hereby awards Class Counsel for the Settlement Class attorneys' fees in the amount of $55,000.00, payable pursuant to the terms of the Agreement.

4. The Court finds the award of fees is reasonable as: (a) Class Counsel achieved a favorable result for the Settlement Class; (b) Class Counsel devoted substantial effort to the investigation of Plaintiff's claims, legal analysis, and litigation; (c) Class Counsel prosecuted the Settlement Class's claims with no guarantee Class Counsel would receive compensation for their services or recover their expenses; (d) Class Counsel employed their knowledge of and experience with class action litigation in achieving a valuable settlement for the Settlement Class, in spite of Defendant's possible legal defenses and its experienced and capable counsel; and (e) the notice informed Settlement Class Members of the amount and nature of Class Counsel's fee request.

5. The Court further approves an incentive award in the amount of $1,500.00 to Plaintiff, payable pursuant to the terms of the Agreement.

**SO ORDERED** this 27th day of June, 2023.

BY THE COURT:

_____
HON. MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE