UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>P.C. RICHARD & SON, LLC,<br><br>    Defendant. | Case No. 2:22-cv-00399-MPK<br><br>Re: ECF No. 58 |

## ORDER GRANTING THE PARTIES' JOINT MOTION
## FOR DISMISSAL WITH PREJUDCE

AND NOW, this __17th__ day of __August__, 2023, upon consideration of the Parties' Joint Motion For Dismissal With Prejudice, it is hereby ORDERED that said Motion is GRANTED. The action is hereby dismissed with prejudice. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the class action settlement agreement against all Parties.

BY THE COURT:

_____
HON. MAUREEN P. KELLEY
United States Magistrate Judge